IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
   v.                      )        2:22cr2-MHT
                           )           (WO)
ANTHONY HERNANDEZ          )
```

ORDER

Now before the court is the United States Probation Department's petition for early termination of defendant Anthony Hernandez's supervised release. The Department represents that during the 31 months he has completed of his eight-year term of supervised release, Hernandez has never had a positive drug screen, has completed mental-health treatment, has maintained his own residence and employment, and has complied with all terms of supervised release. Also, the court understands that the government does not oppose the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release) (Doc. 5) is granted; that defendant Anthony Hernandez's supervised

release is terminated; and that defendant Hernandez is discharged.

DONE, this the 18th day of January, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**